RECEIVED
IN MONROE, LA

DEC 0 6 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| TAYDOR G. LUAL | * | CIVIL ACTION NO. 06-0818 |
|---|---|---|
| VERSUS | * | JUDGE JAMES |
| ALBERTO GONZALES, ET AL. | * | MAGISTRATE JUDGE HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, styled "Motion to Rehear or Reconsider Report and Recommendation Order by the Magistrate Judge Keren [sic] L. Hayes," and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner Taydor G. Lual's Petition for a Writ of Habeas Corpus be **DISMISSED without prejudice**.

THUS DONE AND SIGNED this 5 day of December, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION